PHILLIP A. TALBERT
United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2781
Facsimile: (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARIELA FRANCO VELAZQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 2:22-cv-1076-JAM-DB<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER (ECF 16)** |
|---|---|

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

| **Event** | **Current Deadline** | **Amended Deadline** |
|---|---|---|
| Expert witness disclosure | March 1, 2024 | **June 3, 2024** |
| Rebuttal and supplemental experts | March 15, 2024 | **June 17, 2024** |
| Joint mid-litigation statement | April 12, 2024 | **July 12, 2024** |
| Discovery cut-off | April 26, 2024 | **July 26, 2024** |
| Dispositive motion deadline | June 21, 2024 | **September 20, 2024** |
| Dispositive motion hearing date | August 20, 2024 at 1:30pm | **November 19, 2024, at <u>01:00 p.m.</u>**[1] |
| Final pretrial conference | October 18, 2024 at 10:00am | **January 17, 2025, at 10:00am** |
| Trial | December 2, 2024 at 9:00am | **March 3, 2025, at 9:00am** |

---

[1] Calendars are subject to last minute changes. Contact the Courtroom Deputy for available dates.

ORDER MODIFYING PRETRIAL SCHEDULING ORDER

All other instructions contained in the January 20, 2023 Pretrial Scheduling Order (ECF No. 13) shall remain in effect.

IT IS SO ORDERED.

Dated: February 07, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

ORDER MODIFYING PRETRIAL SCHEDULING ORDER