PHILLIP A. TALBERT
United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2781
Facsimile: (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIELA FRANCO VELAZQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 2:22-cv-01076-JAM-DB<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER (ECF 18)** |

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order is **MODIFIED** as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert witness disclosure | June 3, 2024 | August 2, 2024 |
| Rebuttal and supplemental experts | June 17, 2024 | August 16, 2024 |
| Joint mid-litigation statement | July 12, 2024 | Fourteen (14) days prior to the close of discovery |
| Discovery cut-off | July 26, 2024 | **September 27, 2024** |
| Dispositive motion deadline | September 20, 2024 | **November 22, 2024** |
| Dispositive motion hearing date | November 19, 2024 at 1:00pm | **January 28, 2025, at 01:00 p.m.**[1] |
| Joint Pretrial Statement | | **March 13, 2025** |
| Final pretrial conference | January 17, 2024 at 10:00am | **March 21, 2025, at 10:00 a.m.** |
| Trial (2 to 3 Days) | March 3, 2025 at 9:00am | **May 05, 2025, at 9:00 a.m.** |

---

[1] Calendars are subject to last minute changes. Contact the Courtroom Deputy for available dates.

ORDER MODIFYING PRETRIAL SCHEDULING ORDER

All other instructions contained in the January 20, 2023 Pretrial Scheduling Order (ECF No. 13) shall remain in effect.

IT IS SO ORDERED.

Dated: June 06, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

ORDER MODIFYING PRETRIAL SCHEDULING ORDER