1  BD&J, PC
2  MEGAN E. KLEIN (SBN 276430)
    mek@bhattorneys.com
3  9701 Wilshire Blvd., 12th Floor
   Beverly Hills, CA 90212
4  Telephone: (310) 887-1818
   Facsimile: (424) 421-2857
5
6  Attorneys for Plaintiff,
   MARIELA FRANCO VELAZQUEZ
7
8  PHILLIP A. TALBERT
   United States Attorney
   W. DEAN CARTER
9  Assistant United States Attorney
   501 I Street, Suite 10-100
10 Sacramento, CA  95814
   Telephone:  (916) 554-2700
11
   Attorneys for the United States
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARIELA FRANCO VELAZQUEZ, | No. 2:22-cv-01076-JAM-SCR |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL [FRCP 41(A) AND ORDER OF DISMISSAL** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff Mariela Franco Velazquez ("Plaintiff") and Defendant United States of America ("Defendant"), by and through their undersigned counsel, hereby stipulate under Federal Rules of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

1

DATED:  September 27, 2024        Respectfully Submitted,

                                  By:     /s/ Megan E. Klein
                                  Attorneys for PLAINTIFF
                                  MARIELA FRANCO VELAZQUEZ

DATED:  September 27, 2024        By:     /s/ W. Dean Carter
                                  Attorneys for DEFENDANT
                                  UNITED STATES

## ATTESTATION

In compliance with Civil L.R. 5-1(h)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

DATED:  September 27, 2024        By:     /s/ Megan E. Klein
                                  Attorneys for PLAINTIFF
                                  MARIELA FRANCO VELAZQUEZ

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, **DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is **DIRECTED** to close the file.

Dated: September 27, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE